UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 21-62221-CIV-MORENO**

ALL STAR RECRUITING LOCUMS, LLC, a
Florida limited-liability company d/b/a ALL
STAR HEALTHCARE SOLUTIONS,

        Plaintiff,

vs.

Ivy Staffing Solutions, LLC, a Florida limited-
liability company, Craft MD LLC a Florida
limited-liability company,
Jorge Solano, individually, RANDY
HURLEY, individually, and JULIE HURLEY,
individually,

        Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND
## ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Notice of Settlement **(D.E. 109)**, filed on **April 20, 2022**. It is ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement. It is also ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this _29_ of April 2022.

                                            FEDERICO A. MORENO
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record